JPME

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 25 PM 1:36
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **German REYES-Sanchez,** Defendant | Magistrate Docket No. '08 MJ 0232 |
| | <u>COMPLAINT FOR VIOLATION OF:</u> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **January 24, 2008** within the Southern District of California, defendant, **German REYES-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **January 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**German REYES-Sanchez**

## PROBABLE CAUSE STATEMENT

On January 24, 2008, Border Patrol Agent G. Rodriguez was performing line watch duties near an area known as Campos Ditch. This area is located approximately four miles west of the San Ysidro, California Port of Entry and just north from the International Boundary Fence between the United States and Mexico. At approximately 10:05 A.M., Agent Rodriguez responded to a seismic intrusion device in the area and encountered three individuals attempting to hide. Agent Rodriguez immediately identified himself as a United States Border Patrol Agent and questioned the individuals as to their citizenship and nationality. All of the individuals, including one later identified as the defendant **German REYES-Sanchez**, admitted to being citizens and nationals of Mexico in the United States without immigration documents that would allow them to be or remain in the United States legally. All individuals including the defendant were arrested and transported to the Imperial Beach Border Patrol station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 27, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.